IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Randy King
301 Lakeview Drive
Glennville, GA 30427

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Heather Wilson
Secretary
Department of the Air Force

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                _Randy King_

Street Address      _301 Lakeview Dr._

City and County     _Glennville  Tattnall_

State and Zip Code  _GA   30427-2747_

Telephone Number    _912 - 654 - 9236_

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                _Heather Wilson_

Job or Title        _Secretary Department of the Air F_
(if known)          _Force_

Street Address      _1500 W. Perimeter Road, Ste 1370_

City and County     _Joint Base Andrews_

State and Zip Code  _MD    20762_

Telephone Number    _____

Defendant No. 2

Name                _____

Job or Title        _____
(if known)

Street Address      _____

City and County     _____

State and Zip Code  _____

Telephone Number    _____

Defendant No. 3

Name                _____

| Job or Title (if known) | |
| --- | --- |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| Name | |
| --- | --- |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964
Rehabilitation Act of 1973
Age Discrimination in Employment Act 29CFR 1614.203

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff was denied his rights to work seven (7) more years and retire. The defendants action also cost plaintiff future retirement benefits.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Whether the plaintiff was discriminated against based on race, color, age, religion, sex, disability and retaliated against for doing his job as Equal Opportunity Director when terminated from employment at Shaw Air Force Base, SC. (See attached)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking relief for lost wages and retirement in the amount of $1,250,113 (based on a GS-12 step 6 salary and retirement years 70-100). Punitive damages for my wife and I $1,000,000 for the lost of life and pursuit of happiness. Attorney fees to date $10,000.

5

III.     Continuation Statement of Claim

The agency created a hostile working environment in the 20th Fighter Wing Equal Opportunity Office. The agency denied the plaintiff due process when not giving him 30 days noticed and 7 days to reply when terminating his employment. The agency violated the plaintiff's rights when they did not recognize his veteran status and civil service career tenure when terminating him. The agency violated the plaintiff's rights when he was denied and extension during the Equal Opportunity process and not allowed to participate in the Alternative Dispute Resolution process.

The Commander and Deputy Commander at Shaw Air Force Base investigated Black commanders and supervisors whom had disgruntled subordinates, but did not investigate White commanders or chiefs that had complaints filed against them or had disgruntled subordinates.

When the Air Force hired me the requirement to keep my job was to complete all my training within one year of which I completed in 10 months, in addition to all the other training that was required to work for the Air Force including on-the-job training. They did not require me to complete all training and develop a program in one year. However I did write a strategic plan for the Equal Opportunity Office. The Deputy Commander and I had a set date for me to turn in the plan but terminated me 3 days before our agreed upon date. The installation commander set a time in which he wanted surveys analyzed but terminated me before the set that and stated in the termination letter that I fail to perform his request.

The commanders created a hostile work environment by allowing employees to make unsubstantiated complaints against me and by making me a target to be watched by other employees. They went to extreme measures to generate a reason to terminate me. They did their best to over whelm me with assignments that should not have been assigned to the Equal Opportunity office and then questioned my subordinates for my reason to work on weekends.

The agency denied me my due process by ignoring the rule that states an employee never loses career status regardless of how long a break in service may be. They also denied me my veteran rights during the termination process by not giving a 30 day notice.

The Air Force policy is zero tolerance for discrimination of any kind including hostile work environments. The Air Force violated their policy by discriminating and creating a hostile work environment. The agency violated their requirement to use the Alternative Dispute Resolution process which they never offered to me. They denied me any extensions which a complainant is allowed up to 70 days extension if they take the Compressed, Orderly, Rapid, and Equitable process. I was denied an extension and I opt out of the process.

The Installation Commander could have demoted me to the vacant counselor position in the same office for the efficiency of the service.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 27, 2018.

Signature of Plaintiff _____

Printed Name of Plaintiff   Randy King

### B.   For Attorneys

Date of signing: _____, 20___.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____